Redacted

| No. | Pat_Name | Enc_num | Mrn_num | Dos | Procedure(s) | Dr. | Service | Orders present correct? | ICD-9 correct? | Sequenc correct? | E & M correct? | Modif correct? | UB reflects IBAX charges form | IBAX chgs match enc | Remb. correct? | MRSA chgs | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 778218248 | 0407910 | 11-Jan-11 | 94760, 99203, 36415, 94760 | Ranja, S | Gen Surg | N | N | N | N | NA | NA | NA | N | N | 2, 5 |
| 2 | | 918430487 | 2483260 | 04-Jan-11 | 71020, 74175, Q9967 | Callery, M | Gen Surg | N | N | N | N | NA | NA | NA | N | N | 2, 5 |
| 3 | | 918442251 | 2436252 | 14-Jan-11 | 94760, 99203, 93005 | Fugelso, D | Gen Surg | N | N | N | N | NA | NA | NA | N | N | 2, 5 |
| 4 | | 778510677 | 2493654 | 26-Jan-11 | 94760, 93005, 99203 | Mowschenson, P | Gen Surg | N | N | N | N | NA | NA | NA | N | N | 2, 5 |
| 5 | | 918446877 | 1394743 | 20-Jan-11 | 99203, 93005, 36415 | Davis, R | Ortho | N | N | N | N | NA | NA | NA | N | N | 2, 5, 8 |
| 6 | | 918458617 | 2201743 | 31-Jan-11 | 99204, 93005, 36415 | Tawa, N | Gen Surg. | N | N | N | N | NA | NA | NA | N | N | 2, 5 |
| 7 | | 778033753 | 1204689 | 03-Jan-11 | 99202, 93005, 36415 | Day, C | Gen Surg. | N | Y | N | N | NA | NA | NA | N | N | 2, 5 |
| 8 | | 778127472 | 1922008 | 06-Jan-11 | 99203, 99213, 36415 | Ayres, D | Ortho | Y | Y | N | N | NA | NA | NA | N | N | 1, 5 |
| 9 | | 918433846 | 0483871 | 07-Jan-11 | 99203, 93005, 94760 | Day, C | Ortho | Y | Y | N | N | NA | NA | NA | N | N | 2, 5 |
| 10 | | 918441364 | 0860868 | 14-Jan-11 | 93005, 99202, 36415 | Rozental,T | Ortho | Y | Y | Y | N | NA | NA | NA | N | N | 2, 5 |
| 11 | | 918458713 | 0902405 | 31-Jan-11 | 99203, 93005, 71020 | Abdeen, A | Ortho | Y | Y | Y | N | NA | NA | NA | Y | N | 1,2,5, 8 |
| 12 | | 778480509 | 2004295 | 25-Jan-11 | 36415 | Micheli, L | Ortho | N | N | N | N | NA | NA | NA | N | N | 2, 5 |
| 13 | | 778238196 | 2368075 | 10-Jan-11 | 99202, 99214, 36415 | Hur, H | Ob/Gyn | N | Y | Y | N | NA | NA | NA | N | N | 2,3,5 |
| 14 | | 918438437 | 1709858 | 11-Jan-11 | 93005, 94760 | Carroll, N | Ob/Gyn | N | N | N | Z | NA | NA | NA | N | N | 5 |
| 15 | | 918441002 | 2497521 | 13 Jan-11 | 71020, 93005, 36415 | Mowschenson, P | Gen Surg | N | N | N | N | NA | NA | NA | N | N | 2, 5 |
| 16 | | 918448750 | 2470575 | 21-Jan-11 | 99203, 93005, 71020 | Awtry, C | Ob/Gyn | N | N | N | N | NA | NA | NA | N | N | 2, 5 |
| 17 | | 778573709 | 0390016 | 28-Jan-11 | 93005, 94760 | Litkouhi, B | Ob/Gyn | N | Y | N | N | NA | NA | NA | N | N | 2, 5 |
| 18 | | 918457982 | 1071186 | 31-Jan-11 | 99203, 36415 | Meade, E | Ob/Gyn | N | N | N | N | NA | Z | NA | N | N | 2, 5 |
| 19 | | 918436405 | 0127391 | 10-Jan-11 | 71020, 93005, 36415 | Sarma, U | Ob/Gyn | N | N | Y | N | NA | Y | NA | N | N | 5 |
| 20 | | 785498148 | 1462115 | 03-Jan-12 | 99203, 94760 | Mowschenson, P | Gen Surg | N | N | N | N | NA | Y | NA | N | N | 2, 5 |
| 21 | | 785547399 | 2376772 | 05-Jan-12 | 99203, 36415, 94760 | Day, C | Ortho | N | Y | N | N | NA | Y | NA | N | N | 1, 2, 5, 6 |
| 22 | | 785935649 | 0775271 | 24-Jan-12 | 99203, 93005, 94760 | Ayres, D | Ortho | Y | N | N | N | NA | Y | NA | N | N | 1, 5, 6, 8 |
| 23 | | 785498080 | 0096990 | 03-Jan-12 | 99203, 93005, 94760 | DeAngelis, J | Ortho | Y | N | N | N | NA | Y | NA | N | N | 1, 2, 5, 6 |
| 24 | | 786058073 | 0075966 | 30-Jan-12 | 99203, 93005, 94760 | Skoff, H | Ortho | Y | N | N | N | NA | Y | NA | N | N | 2, 5, 6 |
| 25 | | 786025478 | 2072611 | 27-Jan-12 | 99202, 36415, 94760 | Yang, L | Ob/Gyn | N | N | N | N | NA | Y | NA | N | N | 1, 2, 5, 6 |
| 26 | | 785969601 | 0705996 | 25-Jan-12 | 99202, 36415, 94760 | Duggal, N | Ortho | Y | Y | Y | N | NA | Y | NA | N | N | 1, 2, 5, 6 |
| 27 | | 785842063 | 0580280 | 19-Jan-12 | 99202, 93005, 36415 | Duggal, N | Ortho | Y | N | N | N | NA | Y | NA | N | N | 1, 5, 6, |
| 28 | | 785740506 | 2274653 | 13-Jan-12 | 99203, 94760 | Rozental,T | Ortho | N | N | N | N | NA | Y | NA | N | N | 1, 2, 5, 6 |
| 29 | | 785498023 | 0775035 | 03-Jan-12 | 99203, 94760, 71020 | Kent, T | Gen Surg. | Y | N | N | Y | N | Y | NA | Y | N | 2, 5, 6 |
| 30 | | 785469750 | 1027544 | 05-Jan-12 | 99203, 94760, 94760 | Critchlow, J | Gen Surg. | Y | N | N | Y | NA | Y | NA | N | N | 1, 2, 3, 5, 6 |
| 31 | | 785614629 | 0389144 | 09-Jan-12 | 99203, 36415, 94760 | Callery, M | Gen Surg. | Y | N | N | N | NA | Y | NA | N | N | 1, 2, 5, 6 |
| 32 | | 785645003 | 0310982 | 10-Jan-12 | 99203, 94760 | Mowschenson, P | Gen Surg. | N | N | N | N | NA | Y | NA | N | N | 2, 5, 6 |
| 33 | | 785804154 | 2562780 | 18-Jan-12 | 99202, 36415 | Tseng, J | Gen Surg. | Y | Y | N | N | NA | Y | NA | N | N | 1, 2, 5, 6 |
| 34 | | 918870494 | 0761932 | 27-Jan-12 | 99202, 94760 | Tawa, N | Gen Surg. | Y | N | N | Y | NA | Y | NA | N | N | 3,4,5, 6 |
| 35 | | 785804279 | 0738390 | 18-Jan-12 | 99203, 36415, 94760 | Mowschenson, P | Gen Surg. | N | N | N | N | NA | Y | NA | N | N | 2, 5, 6 |
| 36 | | 785498270 | 1582462 | 03-Jan-12 | 99201, 94760 | Gangadharan, J | Ob/Gyn | N | N | N | N | NA | Y | NA | N | N | 2, 5, 6 |

| No. | Pat_Name | Enc_num | Mrn_num | Dos | Procedure(s) | Dr. | Service | Orders present correct? | ICD-9 correct? Sequenc correct? | E & M correct? | Modif correct? | UB reflects IBAX charges | IBAX chgs match enc form | Reimb. correct? | MRSA chgs | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | | 786057703 | 0488691 | 30-Jan-12 | 99202, 94760 | Garza, A | Ob/Gyn | N | N | N | NA | Y | Y | N | N | 2, 5, 6 |
| 38 | | 785518598 | 2371390 | 04-Jan-12 | 99202, 36415, 71020 | Awtry, C | Ob/Gyn | N | N | N | NA | Y | Y | N | N | 2, 5, 6 |
| 39 | | 918851840 | 0376324 | 11-Jan-12 | 99203, 36415, 94760 | Lefevre, R | Ob/Gyn | Y | Y | N | N | Y | Y | N | N | 1, 2, 5, 6 |
| 40 | | 785726704 | 1203444 | 11-Jan-12 | 99203, 36415, 94760 | Gomez-Carrion, Y | Ob/Gyn | N | N | N | NA | Y | Y | N | N | 2, 5, 6 |
| 41 | | 918870641 | 1113595 | 27-Jan-12 | 99203, 94760 | Carson, M | Ob/Gyn | N | N | N | N | Y | Y | N | N | 2, 5, 6 |

LEGEND
1. Documentation of orders by physicians/NPs is correct.
2. Coding of ICD-9-CM on Order Form is Sequenced Correctly
3. Coding of Evaluation and Management codes is correct.
4. Coding of modifier 25 is correct.
5. Charge capture in IBAX correctly printed on UB.
6. Charge capture in IBAX correct per encounter form documentation.
7. Reimbursement is correct per Medicare Explanation of Benefits (EOB)
8. MRSA screen charged incorrectly

18
13
5
2
41
22
0
3